IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                   )<br>    v.                        )<br>                                   )<br>MARQUIS TAMEL TYMES,      )<br>KENOSHA PASQUAL, DINO     )<br>WILLIAMS, BOBBY RYDELL     )<br>"YAK" NORMAN, AARON KEY,   )<br>and KEITH REYNOLDS          ) | CRIMINAL ACTION NO.<br>3:14cr433-MHT<br>(WO) |

### JUDGMENT

It is ORDERED that:

(1) The motion to dismiss the indictment (doc. no. 73) is granted.

(2) The indictment (doc. no. 1) is dismissed without prejudice.

DONE, this the 6th day of March, 2015.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE